Jason E. Prince (ISB # 7227)
Alexandra S. Grande (ISB # 9566)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
P.O. Box 2527
Boise, ID 83701-2527
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
jeprince@hollandhart.com
asgrande@hollandhart.com

David S. Almeida (admitted *pro hac vice*)
Mark S. Eisen (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
dalmeida@beneschlaw.com
meisen@beneschlaw.com

*Attorneys for Albertson's LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| ROBERT DORFMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC, a Delaware corporation, doing business in California as SAV-ON PHARMACY,<br><br>Defendant. | Case No. 1:18-cv-00094-EJL<br><br>**DEFENDANT'S SECOND MOTION TO DENY CLASS CERTIFICATION PURSUANT TO RULE 23(C)(1)** |

**DEFENDANT'S SECOND MOTION TO DENY CLASS CERTIFICATION PURSUANT TO RULE 23(C)(1) - 1**

Pursuant to Federal Rule of Civil Procedure 23(c)(1), Defendant Albertson's LLC ("Albertsons"), by and through its undersigned counsel of record, hereby moves the Court: (i) to deny class certification, and (ii) to award to Albertsons all other relief that it deems equitable and just.

Albertsons respectfully requests oral argument on this motion.

DATED: March 27, 2019

                           HOLLAND & HART LLP

                           By: */s/ Jason E. Prince*
                              Jason E. Prince, of the firm
                              Alexandra S. Grande, for the firm

                              and

                              David S. Almeida (admitted *pro hac vice*)
                              Mark S. Eisen (admitted *pro hac vice*)
                              BENESCH, FRIEDLANDER,
                              COPLAN & ARONOFF LLP

                              *Counsel for Albertson's LLC*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 27th day of March, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Gabriel McCarthy                                            gabe@gabrielmccarthy.com
McCarthy Law, PLLC
802 W. Bannock Street, Suite 201
Boise, ID 83702
Telephone: (208) 343-8888
Facsimile: (208) 342-4200

*Attorney for Plaintiff*

Deval R. Zaveri                                                 dev@zaveritabb.com
James A. Tabb                                                jimmy@zaveritabb.com
Zaveri Tabb, APC
402 West Broadway, Suite 1950
San Diego, CA 92101
Telephone: (619) 831-6988
Facsimile: (619) 239-7800

*Attorneys for Plaintiff*

Todd D. Carpenter                                       tcarpenter@carlsonlynch.com
Brittany Casola                                          bcasola@carlsonlynch.com
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1350 Columbia Street, Suite 603
San Diego, CA 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991

*Attorneys for Plaintiff*

                                                                *//s/ Jason E. Prince*_____
                                                                 Jason E. Prince for HOLLAND & HART LLP

**DEFENDANT'S SECOND MOTION TO DENY CLASS CERTIFICATION PURSUANT TO RULE 23(C)(1) - 3**