Eric B. Swartz (ISB 6396)
JONES & SWARTZ PLCC
623 West Hays Street
Boise, ID 83702-5512
Tel: (208) 489-8989
Fax: (208) 489-8988
eric@jonesandswartzlaw.com

Deval R. Zaveri (CA 213501) (admitted *pro hac vice*)
James A. Tabb (CA 208188) (admitted *pro hac vice*)
ZAVERI TABB, APC
402 West Broadway, Ste. 1950
San Diego, CA 92101
Tel: (619) 831-6987
Fax: (619) 239-7800
dev@zaveritabb.com
jimmy@zaveritabb.com

Todd D. Carpenter (CA 234464) (admitted *pro hac vice*)
CARLSON LYNCH LLP
1350 Columbia St., Ste. 603
San Diego, CA 92101
Tel: (619) 762-1900
Fax: (619) 756-6991
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff Robert Dorfman and the Putative Class*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT DORFMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALBERTSON'S, LLC,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-00094-EJL<br><br>**NOTICE OF DISMISSAL**<br><br>Hon. Jack Zouhary |

In accordance with the Court's December 28, 2020 Dismissal Order (Dkt. #58), notice is hereby given that this case is dismissed as follows:

1. The claims in this action by Plaintiff Robert Dorfman are dismissed with prejudice.
2. The claims in this action by the putative class members are dismissed without prejudice.
3. Each party is to bear its own costs.
4. The Court shall retain jurisdiction to enforce the terms of the parties' settlement.

Dated: January 19, 2021                ZAVERI TABB, APC

/s/ James A. Tabb
James A. Tabb
*Attorneys for Plaintiff Robert Dorfman and the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of January, 2021, I filed the foregoing **NOTICE OF DISMISSAL** electronically through the CM/ECF system, which caused the parties and/or their counsel to be served by electronic means, as reflected on the Notice of Electronic Filing:

Dated: January 19, 2021                                /s/ James A. Tabb

James A. Tabb
ZAVERI TABB, APC

*Attorneys for Plaintiff Robert Dorfman and the Putative Class*